# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN P. GALVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. LUCAS, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00688-LJO-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, AS DUPLICATIVE AND MOOT<br><br>(ECF No. 18) |

Currently before the Court are Plaintiff's objections to the Court's November 19, 2018 findings and recommendations, received on December 11, 2018. (ECF No. 18). These objections are identical to an earlier set of objections received on December 3, 2018. (ECF No. 16.) The earlier objections were considered by the district judge, who ruled on this matter in a December 6, 2018 order, recently served by mail on Plaintiff. (ECF No. 17.)

Accordingly, Plaintiff's second set of objections are HEREBY DISREGARDED, as duplicative and moot.

IT IS SO ORDERED.

Dated: **December 12, 2018**

                                       UNITED STATES MAGISTRATE JUDGE